174 So. 900

### Jim HENNESSEE v. STATE.
### 6 Div. 126.

Court of Appeals of Alabama.
May 18, 1937.

BRICKEN, Presiding Judge.
Affirmed.

164 So. 918

### Charlie HENRY v. STATE.
### 4 Div. 112.

Court of Appeals of Alabama.
Nov. 12, 1935.

SAMFORD, Judge.
Appeal dismissed.

170 So. 925

### Monk, alias John Wesley, HENSLEY v. STATE.
### 4 Div. 262.

Court of Appeals of Alabama.
Nov. 24, 1936.

SAMFORD, Judge.
Affirmed.

174 So. 900

### Elmer HESTER v. STATE.
### 6 Div. 90.

Court of Appeals of Alabama.
May 11, 1937.

SAMFORD, Judge.
Appeal dismissed.

165 So. 917

### Bessie HICKS v. STATE.
### 6 Div. 901.

Court of Appeals of Alabama.
Nov. 29, 1935.

PER CURIAM.
Appeal dismissed by appellant.

174 So. 900

### Dan HICKS v. STATE.
### 6 Div. 112.

Court of Appeals of Alabama.
May 11, 1937.

RICE, Judge.
Affirmed.

174 So. 900

### Frank HICKS v. STATE.
### 8 Div. 518.

Court of Appeals of Alabama.
May 25, 1937.

SAMFORD, Judge.
Appeal dismissed.